ANNA JACOUBOVITCH, Appellant, v. ARMAND JACOUBOVITCH, Respondent.—

Johnston, Acting J. P., Adel, MacCrate and Schmidt, JJ., concur; Wenzel, J., concurs on the authority of *Taubenfeld* v. *Taubenfeld* (276 App. Div. 873) but adheres to the views expressed in his dissenting memorandum in that case. [See *post,* p. 1078.]

CLARENCE I. LEE et al., Appellants, v. REX PRODUCTS CORPORATION, Respondent.—

No opinion. Appeal from order of July 8, 1947, dismissed, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.